IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANIEL RANDLE, | § § § | |
| Plaintiff, | § | Civil Action No. 4:20-CV-00535 |
| v. | § § | |
| FRITO-LAY, INC., | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON to be considered the *Joint Stipulation of Dismissal With Prejudice* filed by the Parties in the above-captioned lawsuit. The Court, having considered the merits of the *Joint Stipulation for Dismissal with Prejudice*, and all other things properly before the Court, finds that the *Joint Stipulation for Dismissal with Prejudice* should be, in all things, GRANTED. It is therefore

ORDERED, ADJUDGED and DECREED that the *Joint Stipulation for Dismissal with Prejudice* is GRANTED. It is further

ORDERED, ADJUDGED and DECREED that this matter is dismissed in its entirety, with prejudice as to the re-filing of same, and all Parties shall bear their respective costs and attorneys' fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 5th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE